```
 1  PAUL R. RAMSEY (#155062)
       Chief Counsel
 2  SUSAN SAYLOR (#154592)
       Senior Staff Counsel
 3  DEPARTMENT OF FAIR EMPLOYMENT
       AND HOUSING, Oakland Legal Unit
 4  1515 Clay Street, Suite 701
    Oakland, CA  94612-1460
 5  Telephone:  (510) 873-6457
    Facsimile:   (510) 873-0840
 6  Email: Susan.Saylor@dfeh.ca.gov

 7  Attorneys for Plaintiff, DFEH
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, an agency of the State of California, <br><br> Plaintiff, <br><br> vs. <br><br> LUCENT TECHNOLOGIES, INC., and; DOES ONE through THIRTY, Inclusive, <br><br> Defendants. <br>------------------------------------------------- <br> STEVEN J. CARAUDDO, <br><br> Real Party in Interest. | Case No. C 07-3747 PJH <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND <br><br> Date:  October 3, 2007 <br> Time:  9:00 a.m. <br> Dept.:  3, 17TH Floor <br> Judge: Hon. Phyllis J. Hamilton |

The motion of plaintiff, the Department of Fair Employment and Housing, to remand the case to the Superior Court of the State of California, County of Alameda, came on for hearing before this Court, Susan Saylor appearing for plaintiff and Leslie Mann appearing for defendant. After consideration of the briefs and arguments of counsel, and all other matters presented to the Court,

///

///



1 | IT IS HEREBY ORDERED that plaintiff's motion for remand is GRANTED/DENIED.

2

3 | DATED: _____                      _____

4 |                                              Hon. Phyllis J. Hamilton
                                                 United States District Judge



COURT PAPER
State of California
Std. 113 Rev. 3-95
FE&H Automated

ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND, Case No. C 07-3747 PJH
*DFEH v. Lucent Technologies, Inc. (Carauddo)*