**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**Date:** October 3, 2007  **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-3747  PJH
**Case Name:** Department of Fair Employment and Housing v. Lucent Technologies, et al.

**Attorney(s) for Plaintiff:**  Susan Saylor
**Attorney(s) for Defendant:**  Leslie J. Mann

**Deputy Clerk**: Nichole Heuerman    **Court Reporter**: Juanita Gonzalez

**PROCEEDINGS**

Plaintiff's Motion to Remand-DENIED as stated on the record.  The court informs plaintiff counsel regarding the local rules and specifically the local rule regarding foot notes. Any further filings that do not comply with the local rules will be stricken.

**Order to be prepared by:**  [] Pl [] Def  [x]  Court

**Notes:**

**cc:** file