UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Department of Fair Employment and
Housing

               Plaintiff(s),

        v.

Lucent Technologies, Inc.

              Defendant(s).

_____/

Case No. C 07-03747 PJH

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/4/07

Dated: 10/4/07

Department of Fair
Employment & Housing
[Party]

/s/ Susan Saylor
[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05