UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: October 25, 2007                              JUDGE: Phyllis J. Hamilton

Case No: C-07-3747 PJH

Case Name: Department of Fair Employment and Housing v. Lucent Technologies, et al.

Attorney(s) for Plaintiff:     Susan Saylor
Attorney(s) for Defendant:     Leslie J. Mann

Deputy Clerk: Nichole Heuerman              Court Reporter: Not Reported

PROCEEDINGS

Initial Case Management Conference-Held. The parties shall discuss with clients the possibility of consenting to a magistrate judge for all further proceedings and inform the court in writing within one week if client will consent or not consent. The court sets a pretrial schedule.

REFERRALS:

[x] Case referred to ADR for Mediation to be completed within 120 days.

PRETRIAL SCHEDULE:

Non-Expert Discovery cutoff: 9/24/08
Expert disclosure: 8/6/08
Expert discovery cutoff: 9/24/08
Motions heard by: 11/19/08
Pretrial Conference: 3/5/09 at 2:30 p.m.
Trial: 3/30/09 at 8:30 a.m., for 8 days, by [] Jury [x] Court

Order to be prepared by:   [] Pl [] Def [x] Court

Notes:

cc: file; ADR