1  Steven R. Blackburn, State Bar No. 154797
   Leslie J. Mann, State Bar No. 95467
2  Rachel S. Hulst, State Bar No. 197330
   EPSTEIN BECKER & GREEN, P.C.
3  One California Street, 26th Floor
   San Francisco, California 94111-5427
4  Telephone: 415.398.3500
   Facsimile: 415.398.0955
5  sblackburn@ebglaw.com
   lmann@ebglaw.com
6  rhulst@ebglaw.com

7  Attorneys for Defendant
   LUCENT TECHNOLOGIES INC.

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12  DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING | CASE NO.  C 07-3747 PJH |
| 13                    Plaintiff, | |
| 14       v. | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| 15  LUCENT TECHNOLOGIES INC., | |
| 16          Defendant. | |
| 17  STEVEN J. CARAUDDO, | |
| 18          Real Party in Interest. | |
| 19 | |

20       The undersigned party herby declines to consent to the assignment of this case to a

21  United States Magistrate Judge.

22  DATED:  November 1, 2007              EPSTEIN BECKER & GREEN, P.C.

23

24                                       By:  _____
                                              STEVEN R. BLACKBURN
25                                            LESLIE J. MANN
                                              RACHEL S. HULST
26                                       Attorneys for Defendant
                                         LUCENT TECHNOLOGIES INC.
27

28

SF:151802v1                              Declination to proceed before a Magistrate Judge
                                         CASE NO.  C 07-3747 PJH