1  VINICK LAW FIRM
   SHARON R. VINICK (State Bar No. 129914)
2  One Embarcadero Center, Suite 1200
   San Francisco, CA 94111
3  Telephone: 415-722-4481
   Facsimile: 415-276-6338
4

5  BOXER & GERSON, LLP
   JEAN HYAMS (State Bar No. 144425)
6  300 Frank H. Ogawa Plaza, Suite 500
   Oakland, CA 94612
7  Telephone: 510-835-8870
   Facsimile: 510-835-0415
8

9  Attorneys for STEVEN J. CARAUDDO

10                 UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13                                  )  CASE NO.  C 07-3747 PJH
   THE DEPARTMENT OF FAIR EMPLOYMENT  )
14 AND HOUSING,                       )  **DECLARATION OF SHARON R.**
             Plaintiff, and           )  **VINICK IN SUPPORT OF PLAINTIFF-**
15                                     )  **INTERVENOR STEVEN J.**
                                       )  **CARAUDDO'S MOTION FOR LEAVE**
16 STEVEN J. CARAUDDO,                 )  **TO INTERVENE**
             Plaintiff - Intervenor,  )
17                                     )
                                       )
18 v.                                  )
                                       )
19 LUCENT TECHNOLOGIES, INC., AND      )
   DOES 1 THROUGH 20                   )
20                                     )
                                       )
21              Defendants.            )
                                       )
22 ────────────────────────────────────

23     I, Sharon R. Vinick, declare as follows:

24     1.     I am an attorney duly admitted to practice in the State of California and I am a partner in

25 the Vinick Law Firm. I have personal knowledge of the facts set forth herein and, if called upon to do

26 so, I could and would testify competently thereto.

─────────────────────────────────────────
VINICK DECLARATION IN SUPPORT OF CARAUDDO'S
MOTION FOR LEAVE TO INTERVENE

2.  The Vinick Law Firm and the law firm of Boxer & Gerson have been retained by Steven J. Carauddo ("Carauddo") to represent him with respect to his claims against Lucent Technologies, Inc. ("Lucent").

3.  I have spoken with Susan Saylor, an attorney for the Department of Fair Employment and Housing ("DFEH").  Ms. Saylor informed me that the DFEH would consent to Carauddo's intervention in this case.

4.  On or about October 24, 2007, I called Steve Blackburn, counsel for Lucent, in order to determine whether Lucent would consent to Carauddo's intervention in this case.  I was told that Mr. Blackburn was out of the office, so I left a voice mail message.  Mr. Blackburn did not return my call.

5.  On or about October 25, 2007, I called Leslie Mann, another one of Lucent's attorneys, in order to determine whether Lucent would consent to Carauddo's intervention in this case.  I was told that Ms. Mann was out of the office, so I left a voice mail message.

6.  On or about October 30, 2007, Ms. Mann called and left me a message, stating that Lucent would not consent to Carauddo's intervention in this case.  Ms. Mann did not indicate the reasons that Lucent refused to consent to Mr. Carauddo's intervention.

I have reviewed the foregoing declaration, and I can confirm under penalty of perjury that the facts and opinions, expressed therein are true and correct, and personally known to me, and that if called as a witness herein, I could competently so testify.

Executed this 5th day of November, 2007, at San Francisco, California.


/s/
SHARON VINICK