VINICK LAW FIRM
SHARON R. VINICK (State Bar No. 129914)
One Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415-722-4481
Facsimile: 415-276-6338

BOXER & GERSON, LLP
JEAN HYAMS (State Bar No. 144425)
300 Frank H. Ogawa Plaza, Suite 500
Oakland, CA 94612
Telephone: 510-835-8870
Facsimile: 510-835-0415

Attorneys for STEVEN J. CARAUDDO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING,<br><br>Plaintiff, and<br><br>STEVEN J. CARAUDDO,<br><br>Plaintiff - Intervenor,<br><br>v.<br><br>LUCENT TECHNOLOGIES, INC., AND DOES 1 THROUGH 20<br><br>Defendants. | CASE NO. C 07-3747 PJH<br><br>NOTICE OF MOTION AND PLAINTIFF-INTERVENOR STEVEN J. CARAUDDO'S MOTION FOR LEAVE TO INTERVENE |

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

You are hereby notified that on December 19, 2007, at 9:00 a.m., or as soon thereafter as the matter can be heard, in Courtroom 3 of the United States District Court, Northern, California,

1

NOTICE OF MOTION AND PLAINTIFF-INTERVENOR STEVEN J. CARAUDDO'S
MOTION FOR LEAVE TO INTERVENE

located at 450 Golden Gate Avenue, 17th floor, San Francisco, California, Plaintiff-Intervenor Steven Carauddo will and hereby does move this Court for leave to intervene in this action on the basis that he has a right to intervene pursuant to FRCP 24(a) or, in the alternative, pursuant to FRCP 24(b) on the ground that his claims arise out of the same facts as the claims brought by Plaintiff California Department of Fair Employment and Housing.

This motion is based on the Notice of Motion and Motion, and the Memorandum of Points and Authorities filed herewith, the pleadings and papers on file and upon such other matters presented to the Court at the time of the hearing.

Dated: November 5, 2007        VINICK LAW FIRM

By: /s/
    Sharon R. Vinick

Dated: November 5, 2007        BOXER & GERSON

By: /s/
    Jean K. Hyams
    Attorneys for Steven J. Carauddo

VINICK LAW FIRM
SHARON R. VINICK (State Bar No. 129914)
One Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415-722-4481
Facsimile: 415-276-6338

BOXER & GERSON, LLP
JEAN HYAMS (State Bar No. 144425)
300 Frank H. Ogawa Plaza, Suite 500
Oakland, CA 94612
Telephone: 510-835-8870
Facsimile: 510-835-0415

Attorneys for STEVEN J. CARAUDDO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING,<br>Plaintiff, and<br><br>STEVEN J. CARAUDDO,<br>Plaintiff - Intervenor,<br><br>v.<br><br>LUCENT TECHNOLOGIES, INC., AND DOES 1 THROUGH 20<br>Defendants. | CASE NO. C 07-3747 PJH<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF-INTERVENOR STEVEN J. CARAUDDO'S MOTION FOR LEAVE TO INTERVENE |

Hearing on Plaintiff-Intervenor Steven J. Carauddo's Motion for Leave to Intervene was heard on December 19, 2007 at 9:00 a.m., in Courtroom 3 of the United States District Court, Northern District of California.

1

[PROPOSED] ORDER GRANTING PLAINTIFF-INTERVENOR STEVEN J. CARAUDDO'S MOTION FOR LEAVE TO INTERVENE

1  The parties appeared through counsel of record and the Court heard oral argument of the motion.

Having reviewed the points and authorities and supporting declarations filed by the moving and opposing parties, and having heard oral argument at the time of hearing, AND GOOD CAUSE APPEARING THEREFORE, the motion is granted pursuant to FRCP 24(a) and FRCP 24(b), and the Clerk of the Court is directed to accept for filing the Complaint-in-Intervention of Plaintiff-Intervenor Steven J. Carauddo.

IT IS SO ORDERED.

Dated: _____  _____
HON. PHYLLIS J. HAMILTON

[PROPOSED] ORDER GRANTING PLAINTIFF-INTERVENOR STEVEN J. CARAUDDO'S MOTION FOR LEAVE TO INTERVENE