# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Department of Fair Employment and Housing, <br><br>            Plaintiff(s), <br><br>     v. <br><br>Lucent Technologies Inc., <br><br>            Defendant(s). | 07-03747 PJH MED <br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

>**Dana Curtis**
>Dana Curtis Mediation
>116 Caledonia St.
>Sausalito, CA 94965
>415-331-5158

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03747 PJH MED                              - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: November 21, 2007

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-03747 PJH MED                              - 2 -