VINICK LAW FIRM
SHARON R. VINICK (State Bar No. 129914)
One Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415-722-4481
Facsimile: 415-276-6338

BOXER & GERSON, LLP
JEAN HYAMS (State Bar No. 144425)
300 Frank H. Ogawa Plaza, Suite 500
Oakland, CA 94612
Telephone: 510-835-8870
Facsimile: 510-835-0415

Attorneys for STEVEN J. CARAUDDO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING,<br>　　　　Plaintiff, and<br><br>STEVEN J. CARAUDDO,<br>　　　　Plaintiff - Intervenor,<br><br>v.<br><br>LUCENT TECHNOLOGIES, INC., AND DOES 1 THROUGH 20<br>　　　　Defendants. | CASE NO. C 07-3747 PJH<br><br>**NOTICE OF WITHDRAWL OF PLAINTIFF-INTERVENOR STEVEN J. CARAUDDO'S MOTION FOR LEAVE TO INTERVENE**<br><br>DATE: December 19, 2007<br>TIME: 9:00 a.m.<br>Courtroom 3 |

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

Please take notice that Plaintiff-Intervenor Steven J. Carauddo hereby withdraws his Motion

/

---

1
NOTICE OF WITHDRAWL OF PLAINTIFF-INTERVENOR STEVEN J. CARAUDDO'S MOTION FOR LEAVE TO INTERVENE - Case No. C07-3747 PJH

**BOXER & GERSON**

for Leave to Intervene currently on the Court's calendar for December 19, 2007 at 9:00 a.m.

Dated: November 27, 2007				BOXER & GERSON


						By: /s/
						    Jean K. Hyams
						    Attorneys for Steven J. Carauddo

---

2
NOTICE OF WITHDRAWL OF PLAINTIFF-INTERVENOR STEVEN J. CARAUDDO'S MOTION FOR LEAVE TO INTERVENE - Case No. C07-3747 PJH