| | |
|---|---|
| 1 | VINICK LAW FIRM |
| 2 | SHARON R. VINICK (State Bar No. 129914) |
|   | One Embarcadero Center, Suite 1200 |
| 3 | San Francisco, CA 94111 |
|   | Telephone: 415-722-4481 |
| 4 | Facsimile: 415-276-6338 |
| 5 | BOXER & GERSON, LLP |
|   | JEAN HYAMS (State Bar No. 144425) |
| 6 | 300 Frank H. Ogawa Plaza, Suite 500 |
|   | Oakland, CA 94612 |
| 7 | Telephone: 510-835-8870 |
|   | Facsimile: 510-835-0415 |
| 8 | Attorneys for STEVEN J. CARAUDDO |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, | CASE NO. C 07-3747 PJH |
| Plaintiff, and | **NOTICE OF MOTION AND PLAINTIFF-INTERVENOR STEVEN J. CARAUDDO'S MOTION FOR LEAVE TO INTERVENE** |
| STEVEN J. CARAUDDO, | |
| Plaintiff - Intervenor, | DATE: January 30, 2008 |
|  | TIME: 9:00 a.m. |
|  | Courtroom 3 |
| v. | |
|  | TRIAL DATE: March 30, 2009 |
| LUCENT TECHNOLOGIES, INC., AND DOES 1 THROUGH 20 | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

You are hereby notified that on January 30, 2008, at 9:00 a.m., or as soon thereafter as the matter can be heard, in Courtroom 3 of the United States District Court, Northern, California, located at 450 Golden Gate Avenue, 17th floor, San Francisco, California, Plaintiff-Intervenor Steven

1

**NOTICE OF MOTION AND PLAINTIFF-INTERVENOR STEVEN J. CARAUDDO'S MOTION FOR LEAVE TO INTERVENE - Case No. C 07-3747 PJH**

Carauddo will and hereby does move this Court for leave to intervene in this action on the basis that he has a right to intervene pursuant to FRCP 24(a) or, in the alternative, pursuant to FRCP 24(b) on the ground that his claims arise out of the same facts as the claims brought by Plaintiff California Department of Fair Employment and Housing.

This motion is based on the Notice of Motion and Motion, and the Memorandum of Points and Authorities filed herewith, the pleadings and papers on file and upon such other matters presented to the Court at the time of the hearing.

Dated: November 27, 2007

VINICK LAW FIRM

By: /s/
    Sharon R. Vinick

Dated: November 27, 2007

BOXER & GERSON, LLP

By: /s/
    Jean K. Hyams
    Attorneys for Steven J. Carauddo