VINICK LAW FIRM
SHARON R. VINICK (State Bar No. 129914)
One Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415-722-4481
Facsimile: 415-276-6338

BOXER & GERSON, LLP
JEAN HYAMS (State Bar No. 144425)
300 Frank H. Ogawa Plaza, Suite 500
Oakland, CA 94612
Telephone: 510-835-8870
Facsimile: 510-835-0415

Attorneys for STEVEN J. CARAUDDO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, <br>               Plaintiff, and <br><br> STEVEN J. CARAUDDO, <br>               Plaintiff - Intervenor, <br><br> v. <br><br> LUCENT TECHNOLOGIES, INC., AND DOES 1 THROUGH 20 <br><br>               Defendants. | CASE NO. C 07-3747 PJH <br><br> **DECLARATION OF SHARON R. VINICK IN SUPPORT OF PLAINTIFF-INTERVENOR STEVEN J. CARAUDDO'S MOTION FOR LEAVE TO INTERVENE** <br><br> DATE: January 30, 2008 <br> TIME: 9:00 a.m. <br> Courtroom: 3 <br><br> TRIAL DATE: March 30, 2009 |

I, Sharon R. Vinick, declare as follows:

1. I am an attorney duly admitted to practice in the State of California and I am a partner in the Vinick Law Firm. I have personal knowledge of the facts set forth herein and, if called upon to do so, I could and would testify competently thereto.

---

VINICK DECLARATION IN SUPPORT OF CARAUDDO'S
MOTION FOR LEAVE TO INTERVENE

2. The Vinick Law Firm and the law firm of Boxer & Gerson have been retained by Steven J. Carauddo ("Carauddo") to represent him with respect to his claims against Lucent Technologies, Inc. ("Lucent").

3. I have spoken with Susan Saylor, an attorney for the Department of Fair Employment and Housing ("DFEH"). Ms. Saylor informed me that the DFEH would consent to Carauddo's intervention in this case.

4. On or about October 24, 2007, I called Steve Blackburn, counsel for Lucent, in order to determine whether Lucent would consent to Carauddo's intervention in this case. I was told that Mr. Blackburn was out of the office, so I left a voice mail message. Mr. Blackburn did not return my call.

5. On or about October 25, 2007, I called Leslie Mann, another one of Lucent's attorneys, in order to determine whether Lucent would consent to Carauddo's intervention in this case. I was told that Ms. Mann was out of the office, so I left a voice mail message.

6. On or about October 30, 2007, Ms. Mann called and left me a message, stating that Lucent would not consent to Carauddo's intervention in this case. Ms. Mann did not indicate the reasons that Lucent refused to consent to Mr. Carauddo's intervention.

I have reviewed the foregoing declaration, and I can confirm under penalty of perjury that the facts and opinions, expressed therein are true and correct, and personally known to me, and that if called as a witness herein, I could competently so testify.

Executed this 27th day of November, 2007, at San Francisco, California.

      /s/  Sharon Vinick
      SHARON VINICK