VINICK LAW FIRM
SHARON R. VINICK (State Bar No. 129914)
One Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415-722-4481
Facsimile: 415-276-6338

BOXER & GERSON, LLP
JEAN HYAMS (State Bar No. 144425)
300 Frank H. Ogawa Plaza, Suite 500
Oakland, CA 94612
Telephone: 510-835-8870
Facsimile: 510-835-0415

Attorneys for STEVEN J. CARAUDDO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING,<br>    Plaintiff, and<br><br>STEVEN J. CARAUDDO,<br>    Plaintiff - Intervenor,<br><br>v.<br><br>LUCENT TECHNOLOGIES, INC., AND DOES 1 THROUGH 20<br>    Defendants. | CASE NO. C 07-3747 PJH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF-INTERVENOR STEVEN J. CARAUDDO'S MOTION FOR LEAVE TO INTERVENE**<br><br>DATE: January 30, 2008<br>TIME: 9:00 a.m.<br>Courtroom : 3 |

    Hearing on Plaintiff-Intervenor Steven J. Carauddo's Motion for Leave to Intervene was heard on January 30, 2008, at 9:00 a.m., in Courtroom 3 of the United States District Court, Northern District of California.

1

[PROPOSED] ORDER GRANTING PLAINTIFF-INTERVENOR STEVEN J. CARAUDDO'S MOTION FOR LEAVE TO INTERVENE - Case No. C 07-3747 PJH

BOXER
& GERSON

The parties appeared through counsel of record and the Court heard oral argument of the motion.

Having reviewed the points and authorities and supporting declarations filed by the moving and opposing parties, and having heard oral argument at the time of hearing, AND GOOD CAUSE APPEARING THEREFORE, the motion is granted pursuant to FRCP 24(a) and FRCP 24(b), and the Clerk of the Court is directed to accept for filing the Complaint-in-Intervention of Plaintiff-Intervenor Steven J. Carauddo.

IT IS SO ORDERED.

Dated: _____          _____
                                      HON. PHYLLIS J. HAMILTON

2
[PROPOSED] ORDER GRANTING PLAINTIFF-INTERVENOR STEVEN J. CARAUDDO'S MOTION FOR LEAVE TO INTERVENE - Case No. C 07-3747 PJH

BOXER & GERSON