PAUL R. RAMSEY (#155062)
  Chief Counsel
SUSAN SAYLOR (#154592)
  Senior Staff Counsel
DEPARTMENT OF FAIR EMPLOYMENT
  AND HOUSING, Oakland Legal Unit
1515 Clay Street, Suite 701
Oakland, CA 94612-1460
Telephone: (510) 873-6457
Facsimile: (510) 873-0840
Email: Susan.Saylor@dfeh.ca.gov

Attorneys for Plaintiff, DFEH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, an agency of the State of California,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>LUCENT TECHNOLOGIES, INC., and; DOES ONE through THIRTY, Inclusive,<br><br>　　　　　　Defendants.<br>-------------------------------------------------------<br>STEVEN J. CARAUDDO,<br><br>　　　　　　Real Party in Interest. | Case No. C 07-3747 PJH<br><br>NOTICE OF UNAVAILABILITY |

**TO ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:**

　　**NOTICE IS HEREBY GIVEN** that, commencing December 17, 2007, and continuing through January 1, 2008, Susan Saylor, Senior Staff Counsel for the DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, will be unavailable for any purpose whatsoever, including but not limited to: receiving notices of any kind; responding to ex parte applications, motions or petitions of any sort, and, appearing in court or at a deposition.



COURT PAPER
State of California
Std. 113 Rev. 3-95
FE&H Automated

Purposefully scheduling a conflict without good cause is sanctionable conduct. (*Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal. App. 4th 299.)

DATED: December 11, 2007

                            DEPARTMENT OF FAIR EMPLOYMENT
                              AND HOUSING

                            SUSAN SAYLOR
                            Senior Staff Counsel

By:  /s/ Susan Saylor
        _____
        Susan Saylor
        Attorney for the Plaintiff


COURT PAPER
State of California
Std. 113 Rev. 3-95
FE&H Automated

-2-

NOTICE OF UNAVAILIBILITY, Case No. C 07-3747 PJH
*DFEH v. Lucent Technologies, Inc. (Carauddo)*