ALTERNATIVE DISPUTE RESOLUTION PROGRAM
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

December 13, 2007

Susan Marie Saylor
Department of Fair Employment &
Housing
1515 Clay Street, Suite 701
Oakland Legal Unit
Oakland, CA 94612
510-873-6457

Steven R. Blackburn
Leslie Jenny Mann
Rachel S. Hulst
Epstein Becker & Green, P.C.
One California Street, 26th Floor
San Francisco, CA 94111-5427
(415) 398-3500

Jean K Hyams
Boxer & Gerson
300 Frank H. Ogawa Plaza
Suite 500
Oakland, CA 94612
(510) 835-8870

Re:   Department of Fair Employment and Housing v. Lucent Technologies Inc.
      <u>Case No. C 07-03747 PJH MED</u>

Dear Counsel:

The ADR Program would like to convene a conference call with Daniel Bowling, ADR Program Staff Attorney, to discuss the Mediation. We would like to schedule this for **Friday, January 4, 2008 at 10:30 a.m.** This office will initiate the call to the phone numbers above unless directed otherwise. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel
ADR Case Administrator