Steven R. Blackburn, State Bar No. 154797
Leslie J. Mann, State Bar No. 95467
Rachel S. Hulst, State Bar No. 197330
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.398.3500
Facsimile: 415.398.0955
sblackburn@ebglaw.com
lmann@ebglaw.com
rhulst@ebglaw.com

Attorneys for Defendant
LUCENT TECHNOLOGIES INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING,<br><br>    Plaintiff,<br><br>    v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>    Defendants.<br><br>STEVEN J. CARAUDDO,<br><br>    Real Party in Interest. | CASE NO.  C 07-3747 PJH<br><br>NOTICE OF UNAVAILABILITY |

**TO ALL PARTIES AND THEIR ATTORNEY (S) OF RECORD:**

**NOTICE IS HERBY GIVEN** that Counsel for LUCENT TECHNOLOGIES INC., will be unavailable for any purpose whatsoever, including but not limited to: receiving notices of any kind; responding to ex parte applications, motions, or petitions of any sort, and, appearing in court or at a deposition on the following dates:

| | |
|---|---|
| Rachel S. Hulst | December 17, 2007 through January 4, 2008 |
| Leslie J. Mann | December 31, 2007 through January 17, 2008 |

SF:155106v1                                                              LJM & RSH Notice of Unavailability

1  Purposefully scheduling a conflict without good cause is sanctionable conduct.

3  DATED:  December 13, 2007                    EPSTEIN BECKER & GREEN, P.C.

5                                                By:   /S/ Leslie J. Mann
                                                      STEVEN R. BLACKBURN
6                                                     LESLIE J. MANN
                                                      RACHEL S. HULST
7                                                Attorneys for Defendant
                                                 LUCENT TECHNOLOGIES INC.

9  DATED:  December 13, 2007                    EPSTEIN BECKER & GREEN, P.C.

11
                                                 By:   /S/ Rachel S. Hulst
12                                                    STEVEN R. BLACKBURN
                                                      LESLIE J. MANN
13                                                    RACHEL S. HULST
                                                 Attorneys for Defendant
14                                               LUCENT TECHNOLOGIES INC.