ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

December 13, 2007

Susan Marie Saylor
Department of Fair Employment & Housing
1515 Clay Street, Suite 701
Oakland Legal Unit
Oakland, CA 94612
510-873-6457

Steven R. Blackburn
Leslie Jenny Mann
Rachel S. Hulst
Epstein Becker & Green, P.C.
One California Street, 26th Floor
San Francisco, CA 94111-5427
(415) 398-3500

Jean K Hyams
Boxer & Gerson
300 Frank H. Ogawa Plaza
Suite 500
Oakland, CA 94612
(510) 835-8870

Re:   Department of Fair Employment and Housing v. Lucent Technologies Inc.
      <u>Case No. C 07-03747 PJH MED</u>

Dear Counsel:

Daniel Bowling, ADR Program Staff Attorney, has rescheduled the ADR Phone Conference from Friday, January 4, 2008, to **Tuesday, January 22, 2008 at 12:00 noon.** Mr. Bowling has further directed that this date can not be changed and counsel must make arrangements to be present on the call.

Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel
ADR Case Administrator