```
 1  Steven R. Blackburn, State Bar No. 154797
    Leslie J. Mann, State Bar No. 95467
 2  Rachel S. Hulst, State Bar No. 197330
    EPSTEIN BECKER & GREEN, P.C.
 3  One California Street, 26th Floor
    San Francisco, California 94111-5427
 4  Telephone: 415.398.3500
    Facsimile: 415.398.0955
 5  sblackburn@ebglaw.com
    lmann@ebglaw.com
 6  rhulst@ebglaw.com

 7  Attorneys for Defendant
    LUCENT TECHNOLOGIES INC.
 8
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, | CASE NO. C 07-3747 PJH |
| Plaintiff, | **E-Filing** |
| v. | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| LUCENT TECHNOLOGIES INC., | |
| Defendants. | |
| STEVEN J. CARAUDDO, | |
| Real Party in Interest. | |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-16, the undersigned, counsel of record for Defendant Lucent Technologies Inc., certifies that, on November 30, 2006, Alcatel SA acquired Lucent, and changed its name to Alcatel Lucent SA. Lucent Technologies remains a wholly owned subsidiary of Alcatel USA, Inc., both entities are Delaware corporations. No publicly held subsidiaries of Alcatel Lucent exist at the present

1  time.

2

3  DATED:   January 24, 2008				EPSTEIN BECKER & GREEN, P.C.

4

5						By:   /s/ Leslie J. Mann
							STEVEN R. BLACKBURN
							LESLIE J. MANN
6							RACHEL S. HULST
						Attorneys for Defendant
7						LUCENT TECHNOLOGIES INC.

- 2 -