1  ANNMARIE BILLOTTI (#185322)
     Acting Chief Counsel
2  SUSAN SAYLOR (#154592)
     Senior Staff Counsel
3  DEPARTMENT OF FAIR EMPLOYMENT
     AND HOUSING, Oakland Legal Unit
4  1515 Clay Street, Suite 701
   Oakland, CA 94612-1460
5  Telephone: (510) 873-6457
   Facsimile:  (510) 873-0840
6  E-mail: Susan.Saylor@dfeh.ca.gov

7  Attorneys for Plaintiff, DFEH

8  Steven R. Blackburn, State Bar No. 154797
   Leslie J. Mann, State Bar No. 95467
9  Rachel S. Hulst, State Bar No. 197330
   EPSTEIN BECKER & GREEN, P.C.
10 One California Street, 26th Floor
   San Francisco, California 94111-5427
11 Telephone: 415.398.3500
   Facsimile: 415.398.0955
12 sblackburn@ebglaw.com
   lmann@ebglaw.com
13 rhulst@ebglaw.com
   Attorneys for Defendant
14 LUCENT TECHNOLOGIES INC.

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17
   DEPARTMENT OF FAIR EMPLOYMENT          ) Case No. C 07-3747 PJH
18 AND HOUSING, an agency of the State of  )
   California,                             )
19                                         )
                                           ) STIPULATION AND [~~PROPOSED~~]
20               Plaintiff,                ) ORDER RE MEDIATION
                                           )
21         vs.                             )
                                           )
22 LUCENT TECHNOLOGIES, INC., and; DOES    )
   ONE through THIRTY, Inclusive,          )
23                                         )
                Defendants.                )
24 _____ )
                                           )
25 STEVEN J. CARAUDDO,                     )
                                           )
26              Real Party in Interest.    )
                                           )
27



COURT PAPER
State of California
Std. 113 Rev. 3-95
FE&H Automated

-1-

Stipulation and Order RE Mediation, Case No. C 07-3747 PJH
*DFEH v. Lucent Technologies, Inc. (Carauddo)*

## STIPULATION

Defendant Lucent Technologies, Inc. and plaintiff Department of Fair Employment and Housing, collectively referred to herein as "parties" jointly stipulate as follows:

1. Real party in interest Steven Carauddo has filed a motion to intervene in this litigation, to be heard on January 30, 2008;

2. The parties agree that it would be more productive to conduct mediation in this matter after the court has decided on Mr. Carauddo's motion to intervene; and,

3. Although plaintiff Department of Fair Employment and Housing has been, and remains, ready and willing to mediate this matter at the convenience of defendant and the mediator, defendant Lucent Technologies, Inc. requests that initial disclosures be completed by all parties prior to the mediation and therefore Lucent may not be ready to mediate within the court's previously appointed deadline of February 28, 2008; therefore,

4. The parties request that this court extend the date within which mediation must be completed, from the previous date of February 28, 2008, to March 27, 2008.

**SO STIPULATED:**

Dated: January 28, 2008                DEPARTMENT OF FAIR EMPLOYMENT
                                       AND HOUSING

                                       SUSAN SAYLOR
                                       Senior Staff Counsel


                                       By: /s/ Susan Saylor
                                       _____
                                       Susan Saylor
                                       Attorneys for plaintiff, DFEH

1  Dated: January 28, 2008                     EPSTEIN BECKER & GREEN, P.C.

2                                              STEVEN R. BLACKBURN
3                                              LESLIE J. MANN
                                               RACHEL S. HULST
4

5
                                    By:    /s/ Leslie J. Mann
6                                          _____
                                           Leslie J. Mann
7                                          Attorney for defendant
                                           LUCENT TECHNOLOGIES INC.
8

9

10                                      **ORDER**

11   The time for completion of mediation, as ordered by the court in its Amended Case

12   Management and Pretrial Order shall be extended by an additional 30 days.  Mediation shall be

13   completed on or before Thursday, March 27, 2008.

14   Dated: 1/29/08

15                                         _____
                                           Honorable Phyllis J. Hamilton
                                           United States District C...
16




COURT PAPER
State of California
Std. 113 Rev. 3-95
FE&H Automated

-3-

Stipulation and Order RE Mediation, Case No. C 07-3747 PJH
*DFEH v. Lucent Technologies, Inc. (Carauddo)*