UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

**Date:** January 30, 2008                    **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-3747 PJH

**Case Name:** Department of Fair Employment and Housing v. Lucent Technologies, Inc.

**Attorney(s) for Plaintiff:**     Sharon R. Vinick (Intervenor); Susan Saylor (Dept.)
**Attorney(s) for Defendant:**     Leslie J. Mann

**Deputy Clerk:** Nichole Heuerman          **Court Reporter:** Margo Gurule

### PROCEEDINGS

   The court informs Ms. Vinick that the reply brief she submitted to the court was filed one week late and is stricken.

   Plaintiff-Intervenor Steven J. Carauddo's Motion for Leave to Intervene-GRANTED with limitations as stated on the record.

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc:** file