1 | Counsel at end of document

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, an agency of the State of California,<br><br>Plaintiff,<br><br>vs.<br><br>LUCENT TECHNOLOGIES, INC., and; DOES ONE through THIRTY, Inclusive,<br><br>Defendants.<br><br>STEVEN J. CARAUDDO,<br><br>Real Party in Interest. | Case No. C 07-3747 PJH<br><br>FURTHER STIPULATION AND [PROPOSED] ORDER RE MEDIATION |

## STIPULATION

Defendant Lucent Technologies, Inc., plaintiff Department of Fair Employment and Housing and real party in interest Steven Carauddo, collectively referred to herein as "parties" jointly stipulate as follows:

1.  Real party in interest Steven Carauddo's motion to Intervene was granted. The Complaint was filed on February 20, 2008. Mr. Carauddo agreed to provide Initial Disclosures by March 21, 2008;



COURT PAPER
State of California
Std. 113 Rev. 3-95
FE&H Automated

-1-
Stipulation and Order RE Mediation, Case No. C 07-3747 PJH
*DFEH v. Lucent Technologies, Inc. (Carauddo)*

1     2.     The parties requested a previous continuance of the mediation deadline to March 27, 2008 when the real party in interest's motion to intervene was pending;

3. The parties agree that it would be more productive to conduct the mediation after the parties have pursued some initial discovery;

4. After conferring with Mr. Daniel Bowling of the Court's ADR Department, the parties and Mr. Bowling agree that the mediation should occur after the disclosures and initial discovery; and,

5. In order to have sufficient time to complete this initial discovery and providing for Lucent's counsel having a trial scheduled to commence on April 29, 2008;

6. The parties request that this court extend the date within which mediation must be completed from the previous date of March 27, 2008 to June 10, 2008.

**SO STIPULATED:**

Dated: 3 / 4 / 0 8

DEPARTMENT OF FAIR EMPLOYMENT
AND HOUSING

SUSAN SAYLOR
Senior Staff Counsel

By: _____
Susan Saylor
Attorneys for plaintiff, DFEH


COURT PAPER
State of California
Std. 113 Rev. 3-95
FE&H Automated

-2-

Stipulation and Order RE Mediation, Case No. C 07-3747 PJH
*DFEH v. Lucent Technologies, Inc. (Carauddo)*

| | | |
|---|---|---|
| 1 | Dated: 3\|5\|08 | THE VINICK FIRM |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Sharon Vinick |
| 6 | | Counsel for Stephen Carauddo |
| 7 | Dated: 3/5/08 | EPSTEIN BECKER & GREEN, P.C. |
| 8 | | |
| 9 | | STEVEN R. BLACKBURN |
|   | | LESLIE J. MANN |
| 10 | | RACHEL S. HULST |

By: _____
Leslie J. Mann
Attorney for defendant
LUCENT TECHNOLOGIES INC.

## ORDER

The time for completion of mediation, as ordered by the court in its Amended Case Management and Pretrial Order shall be extended. Mediation shall be completed on or before June 10, 2008.

Dated: _____

_____
Honorable Phyllis J. Hamilton
United States District Court Judge

| | |
|---|---|
| 1 | ANNMARIE BILLOTTI (#185322)<br>Acting Chief Counsel |
| 2 | SUSAN SAYLOR (#154592)<br>Senior Staff Counsel |
| 3 | DEPARTMENT OF FAIR EMPLOYMENT<br>AND HOUSING, Oakland Legal Unit |
| 4 | 1515 Clay Street, Suite 701<br>Oakland, CA 94612-1460 |
| 5 | Telephone: (510) 873-6457<br>Facsimile: (510) 873-0840 |
| 6 | E-mail: Susan.Saylor@dfeh.ca.gov |
| 7 | Attorneys for Plaintiff, DFEH |
| 8 | THE VINICK LAW FIRM<br>Sharon Vinick State Bar No. 129914 |
| 9 | 350 Sansome Street Suite 350<br>San Francisco, California 94114 |
| 10 | Telephone: 415.722.4481<br>Facsimile: 415.276.6338 |
| 11 | |
| 12 | Attorneys for Real Party in Interest<br>STEVEN J. CARAUDDO |
| 13 | Steven R. Blackburn, State Bar No. 154797<br>Leslie J. Mann, State Bar No. 95467 |
| 14 | Rachel S. Hulst, State Bar No. 197330<br>EPSTEIN BECKER & GREEN, P.C. |
| 15 | One California Street, 26th Floor<br>San Francisco, California 94111-5427 |
| 16 | Telephone: 415.398.3500<br>Facsimile: 415.398.0955 |
| 17 | sblackburn@ebglaw.com<br>lmann@ebglaw.com |
| 18 | rhulst@ebglaw.com<br>Attorneys for Defendant |
| 19 | LUCENT TECHNOLOGIES INC. |

-4-
Stipulation and Order RE Mediation, Case No. C 07-3747 PJH
*DFEH v. Lucent Technologies, Inc. (Carauddo)*

COURT PAPER
State of California
Std. 113 Rev. 3-95
FE&H Automated