1  Steven R. Blackburn, State Bar No. 154797
   Leslie J. Mann, State Bar No. 95467
2  Rachel S. Hulst, State Bar No. 197330
   EPSTEIN BECKER & GREEN, P.C.
3  One California Street, 26th Floor
   San Francisco, California 94111-5427
4  Telephone:    415.398.3500
   Facsimile:    415.398.0955
5  SBlackburn@ebglaw.com
   Lmann@ebglaw.com
6  RHulst@ebglaw.com

7  Attorneys for Defendant
   Lucent Technologies, Inc.

8

9              UNITED STATES DISTRICT COURT

10       FOR THE NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12

13  DEPARTMENT OF FAIR EMPLOYMENT        CASE NO.: 3:07-cv-03747-PJH
    AND HOUSING, an agency of the State of
14  California,                          DEFENDANT LUCENT
                                         TECHNOLOGIES' NOTICE OF
15              Plaintiff, and           MOTION AND PARTIAL MOTION TO
                                         DISMISS FOR FAILURE TO STATE A
16  STEVEN J. CARAUDDO                   CLAIM IN WHICH RELIEF CAN BE
                                         GRANTED
17              Plaintiff-Intervenor
                                         [FRCP 12(b) (6)]
18       v.
                                         Hearing Date:  April 16, 2008
19  LUCENT TECHNOLOGIES INC., and;       Time:          9:00 a.m.
    DOES 1 through 20,                   Courtroom:     3, 17th Floor
20              Defendants.
                                         Judge Phyllis J. Hamilton
21

22

23

24  **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

25          Please take notice that on April 16 at 9:00 a.m. or as soon thereafter as the matter may be

26  heard in Judge Phyllis J. Hamilton's courtroom, Courtroom 3 located on the 17th Floor at

27  Courtroom 3, Defendant LUCENT TECHNOLOGIES, INC., a Delaware corporation

28  (hereinafter "LUCENT") will move, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an

                              - 1 -

order dismissing with prejudice the Fourth Cause of Action for Wrongful Termination in

Violation of Public Policy asserted in Plaintiff's Complaint in Intervention.  This motion is based

on this notice of motion and memorandum of points and authorities, upon the papers, records and

pleadings on file herein, and upon any oral argument at the hearing on the motion.

DATED:  March 11, 2008                    EPSTEIN BECKER & GREEN, P.C.


By:  /s/ Leslie J. Mann
     Leslie J. Mann
     Rachel S. Hulst
Attorneys for Defendant
Lucent Technologies Inc.

- 2 -