VINICK LAW FIRM
SHARON R. VINICK (State Bar No. 129914)
350 Sansome Street, Suite 300
San Francisco, CA 94104
Telephone: 415-722-4481
Facsimile: 415-276-6338

JEAN K. HYAMS, ESQ., State Bar No. 144425
DARCI E. BURRELL, ESQ., State Bar No. 180467
BOXER & GERSON, LLP
300 Frank H. Ogawa Plaza, Suite 500
Oakland, California 94612
Telephone: (510) 835-8870
Facsimile: (510) 835-0415
E-mail: courtmail@boxerlaw.com

Attorneys for Plaintiff in Intervention

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING,<br><br>Plaintiff, and<br><br>STEVEN J. CARAUDDO,<br><br>Plaintiff - Intervenor,<br><br>v.<br><br>LUCENT TECHNOLOGIES, INC., AND DOES 1 THROUGH 20<br><br>Defendants. | Case No.: C 07-03747 PJH<br><br>**COMPENDUM OF STATE AND UNPUBLISHED AUTHORITIES IN OPPOSITION TO DEFENDANT LUCENT TECHNOLOGIES' PARTIAL MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM IN WHICH RELIEF CAN BE GRANTED**<br><br>DATE: April 16, 2008<br>TIME: 9:00 a.m.<br>COURTROOM 3 - 17th Floor<br>Judge Phyllis J. Hamilton<br><br>TRIAL DATE: March 30, 2009 |

| | **CALIFORNIA CASES** | **TAB NO.** |
|---|---|---|
| | *Andersen v. Barton Memorial Hospital, Inc.*, 166 Cal. App. 3d 678 (1985) | A |
| | *Alphonzo Bell Corp. v. Bell View Oil Syndicate, et al.* 24 Cal. App. 2d 587, 614 (1938) | B |
| | *Norgart v. Upjohn Co.* 21 Cal.4th 383, 395 (1999) | C |
| | *Quiroz v. Seventh Avenue Center, et al.* 140 Cal. App. 4th 1256 (2006) | D |

**STATE RULES AND STATUTES**

California Government Code §12940 ............................................................. E

**FEDERAL CASES**

*EEOC v. Avecia, Inc.*, C.A. No. 03-320-SLR, 2003 U.S. Dist. LEXIS 19325 (D.Del. October 23, 2003)

Dated: March 26, 2008                    Respectfully submitted

                                         BOXER & GERSON, LLP


                                         By: /s/
                                             JEAN K. HYAMS

-2-

**COMPENDIUM OF STATE AND UNPUBLISHED AUTHORITIES IN OPPOSITION TO DEFENDANT LUCENT TECHNOLOGIES' PARTIAL MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM IN WHICH RELIEF CAN BE GRANTED CASE NO. - C 07-3747 PJH**