UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** April 16, 2008                                                   **JUDGE:**  Phyllis J. Hamilton

**Case No:**  C-07-3747  PJH

**Case Name:**
Department of Fair Employment and Housing, et al. v. Lucent Technologies, et al.

**Attorney(s) for Plaintiff:**       Jean K. Hyams (Caruaddo); Susan Saylor (DFEH)
**Attorney(s) for Defendant:**       Rachel S. Hulst

**Deputy Clerk**:  Nichole Heuerman             **Court Reporter**: Lydia Zinn

**PROCEEDINGS**

   Defendant Lucent Technologies' Motion to Dismiss-Held.  The court takes the matter under submission.

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc:** file