```
                                                    FILED
                                                  JUN 0 9 2008
                                                RICHARD W. WIEKING
                                             CLERK, U.S. DISTRICT COURT
                                            NORTHERN DISTRICT OF CALIFORNIA
```

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Department of Fair Employment and Housing, | No. C 07-03747 PJH MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Lucent Technologies Inc., | |
| Defendant(s). | |

_Instructions_: **The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.**

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE session on (date) **6-5-08**

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. IS THIS ADR PROCESS COMPLETED?   ☒ YES   ☐ NO

Dated: **6-5-08**

_Dana Curtis_
**Mediator, Dana Curtis**
Dana Curtis Mediation
116 Caledonia St.
Sausalito, CA 94965

**Certification of ADR Session**
07-03747 PJH MED