1    SHARON R. VINICK, ESQ., State Bar No. 129914
     VINICK LAW FIRM
2    350 Sansome Street, Suite 300
     San Francisco, California 94111
3    Telephone: (415) 722-4481
     Facsimile: (415) 276-6338

4

     JEAN K. HYAMS, ESQ., State Bar No. 144425
5    BOXER & GERSON, LLP
     300 Frank H. Ogawa Plaza, Suite 500
6    Oakland, California 94612
     Telephone: (510) 835-8870
7    Facsimile: (510) 835-0415

8    Attorneys for Plaintiff - Intervenor

9

10

11               **UNITED STATES DISTRICT COURT**

12             **NORTHERN DISTRICT OF CALIFORNIA**

13                 **SAN FRANCISCO DIVISION**

14

15    THE DEPARTMENT OF FAIR      )    No. C07-3747 PJH
     EMPLOYMENT AND HOUSING,    )
16                           )    **NOTICE OF UNAVAILABILITY OF**
           Plaintiff, and          )    **COUNSEL**
17                           )
     STEVEN J. CARAUDDO,          )
18                           )
           Plaintiff - Intervenor,      )
19                           )
                          )
20    vs.                              )
                          )
21    LUCENT TECHNOLOGIES, INC. and   )
     DOES 1 through 20,           )
22                           )
           Defendants.           )
23    _____ )

24

25        TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

26        PLEASE TAKE NOTICE that commencing July 7, 2008 and continuing through

27    July 11, 2008, Jean K. Hyams will be unavailable for all purposes, including but not limited to receiving

28

1 │ notices of any kind, responding to ex parte applications, appearing in court, responding to pleadings or

2 │ attending depositions.

3 │     Purposefully scheduling a conflicting proceeding without good cause is sanctionable conduct.

4 │ *Tenderloin Housing Clinic v. Sparks*, 8 Cal. App. 4th 299 (1992).

5 │ Dated:  July 3, 2008               **BOXER & GERSON, LLP**

6

7

8 │                   By:
                       JEAN K. HYAMS
                       Attorneys for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28