| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| Susan Saylor, 154592<br>CA DEPT OF FAIR EMPLOY. & HOUS<br>2218 Kausen Drive<br>Elk Grove, CA 95758 | (916) 478-7272 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. | |

Ref. No. or File No. **FILED**
Carauddo
08 JUL -7 PM 3: 50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

**PLAINTIFF**

Department of Fair Employment & Housing

**DEFENDANT**

Lucent Technologies, Inc.

| PROOF OF SERVICE | DATE<br>8/6/2008 | TIME | DEPT/DIV | CASE NUMBER<br>C 07-3747 PJH |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Cover Letter to Robin Smith, Subpoena in a Civil Case - Golden Hills Orthopedic, Notice to Consumer of Privacy Rights Re: Subpoena in a Civil Case Directed to the Custodian of Records for Golden Hills Orthopedic and Sports Physical Therapy, Inc., Declaration of Robin Smith, Custodian of Records for Golden Hills Orthopedic and Sports Physical Therapy, Inc.

2. Party Served: Custodian of Records, Golden Hills Orthopedic and Sports Physical Therapy, Inc. by serving Robin Smith, authorized to accept service on behalf

3. Person Served: party in item 2

4. Date & Time of Delivery: 7/2/2008   2:23 PM

5. Address, City and State: 2680 S. White Road 200
San Jose, CA 95148

6. Manner of Service: Personal Service - By personally delivering copies.

**BY FAX**

Fee for Service: $ 95.00

Registered California process server.
County: ALAMEDA
Registration No.: 1050

Wantaregh -
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 7/7/2008 at Oakland, California.

Signature: _Wantaregh_

Wantaregh -

FF# 6665727