1 | Counsel at end of document

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, an agency of the State of California, | ) Case No. C 07-3747 PJH )<br>)<br>) **STIPULATION AND [PROPOSED]** |
| Plaintiff, | ) **ORDER RE EXPERT DISCLOSURE,**<br>) **DISCOVERY, AND DISPOSITIVE** |
| and, | ) **MOTIONS** |
| STEVEN J. CARAUDDO, | ) |
| Plaintiff-Intervenor, | ) |
| vs. | ) |
| LUCENT TECHNOLOGIES, INC., and; DOES ONE through THIRTY, Inclusive, | ) |
| Defendants. | ) |

## STIPULATION

Defendant Lucent Technologies, Inc., plaintiff Department of Fair Employment and Housing and plaintiff-intervenor Steven Carauddo, collectively referred to herein as "parties" jointly stipulate as follows:



COURT PAPER
State of California
Std. 113 Rev. 3-95
FE&H Automated

1.   This Court's Amended Case Management and Pretrial Order dated October 31, 2007 set forth a pretrial schedule including the following dates:

    Disclosure of Experts (retained and non-retained): August 6, 2008;

    Expert and Non-Expert Discovery Cutoff: September 24, 2008; and,

    Dispositive Motions to Be Heard by: November 19, 2008.

2.   The parties agree that it would be beneficial to extend the above deadlines by 30 days in order to effectively conduct the disclosure, discovery, and motion work that is needed for trial;

3.   Lucent stipulates to the extensions of the disclosure and discovery deadlines only if the court also orders that the deadline for hearing of dispositive motions is also extended.

4.   Therefore, the parties request that this court extend the dates for disclosure of experts, discovery cutoff, and dispositive motions as follows:

| **Deadline** | **Proposed Extended Date** |
| --- | --- |
| Disclosure of Experts (retained and non-retained) | Friday, September 5, 2008 |
| Non-expert and Expert Discovery Cutoff | Friday, October 24, 2008 |
| Dispositive Motions | Wednesday December 17, 2008 |

**SO STIPULATED:**

Dated: July 24, 2008        DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

TIMOTHY M. MUSCAT
Chief Counsel

SUSAN SAYLOR
Senior Staff Counsel

By:    /s/ Susan Saylor
_____
Susan Saylor
Attorneys for plaintiff, DFEH



COURT PAPER
State of California
Std. 113 Rev. 3-95
FE&H Automated

-2-

Stipulation and Order RE Expert Disclosure, Discovery, and Dispositive Motions, Case No. C 07-3747 PJH
*DFEH v. Lucent Technologies, Inc. (Carauddo)*

Dated: July 24, 2008                    BOXER & GERSON, LLP


By:    /s/ Jean K. Hyams
       _____
       Jean K. Hyams
       Counsel for Steven Carauddo


Dated: July 24, 2008                    EPSTEIN BECKER & GREEN, P.C.
                                        STEVEN R. BLACKBURN
                                        LESLIE J. MANN


By:    /s/ Leslie J. Mann
       _____
       Leslie J. Mann
       Attorney for defendant
       LUCENT TECHNOLOGIES INC.


## ORDER

The time for completion of disclosure of experts, discovery cutoff, and dispositive motions as ordered by the court in its Amended Case Management and Pretrial Order shall be extended; the new deadlines are:

Disclosure of Experts (retained and non-retained): September 5, 2008;

Expert and Non-Expert Discovery Cutoff: October 24, 2008; and,

Dispositive Motions to Be Heard by: December 17, 2008.

Dated: _____

                                        _____
                                        Honorable Phyllis J. Hamilton
                                        United States District Court Judge



-3-

Stipulation and Order RE Expert Disclosure, Discovery, and Dispositive Motions, Case No. C 07-3747 PJH
*DFEH v. Lucent Technologies, Inc. (Carauddo)*

| | |
|---|---|
| 1 | TIMOTHY M. MUSCAT (#148944) |
|   |   Chief Counsel |
| 2 | SUSAN SAYLOR |
|   |   Senior Staff Counsel |
| 3 | DEPARTMENT OF FAIR EMPLOYMENT |
|   |   AND HOUSING, Oakland Legal Unit |
| 4 | 1515 Clay Street, Suite 701 |
|   | Oakland, CA 94612-1460 |
| 5 | Telephone: (510) 873-6457 |
|   | Facsimile: (510) 873-0840 |
| 6 | E-mail: Susan.Saylor@dfeh.ca.gov |

7   Attorneys for Plaintiff, DFEH

8   BOXER GERSON, LLP
    Jean K. Hyams, State Bar No. 144425
9   300 Frank H. Ogawa Plaza, #500
    Oakland, CA 94612-2040
10  Telephone: (510) 835-8870
    Facsimile: (510) 835-0415
11  Email: jhyams@boxerlaw.com

12  THE VINICK LAW FIRM
    Sharon Vinick State Bar No. 129914
13  350 Sansome Street Suite 350
    San Francisco, California 94114
14  Telephone: 415.722.4481
    Facsimile: 415.276.6338
15

16  Attorneys for Real Party in Interest
    STEVEN J. CARAUDDO

17  Steven R. Blackburn, State Bar No. 154797
    Leslie J. Mann, State Bar No. 95467
18  EPSTEIN BECKER & GREEN, P.C.
    One California Street, 26th Floor
19  San Francisco, California 94111-5427
    Telephone: 415.398.3500
20  Facsimile: 415.398.0955
    sblackburn@ebglaw.com
21  lmann@ebglaw.com
    Attorneys for Defendant
22  LUCENT TECHNOLOGIES INC.

23

24

25

26

27



COURT PAPER
State of California
Std. 113 Rev. 3-95
FE&H Automated

-4-

Stipulation and Order RE Expert Disclosure, Discovery, and Dispositive Motions, Case No. C 07-3747 PJH
*DFEH v. Lucent Technologies, Inc. (Carauddo)*