UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEPT. OF FAIR EMPLOYMENT
AND HOUSING,

      Plaintiff,

      v.

LUCENT TECHNOLOGIES, INC.,

      Defendant.
_____/

No. C 07-3747 PJH

**ORDER**

      Before the court is the stipulation and proposed order of the parties extending certain pretrial deadlines. The court denies the request to extend the deadline for dispositive motions. The parties assertion that the extension would be "beneficial," may be sufficient to warrant an extension of the discovery deadlines, but is insufficient to warrant an extension of the date for dispositive motions which was set based on calendar concerns of the court.

**IT IS SO ORDERED.**

Dated: July 28, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge