Counsel at end of document

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, an agency of the State of California,<br><br>　　　　　Plaintiff,<br>and,<br><br>STEVEN J. CARAUDDO,<br><br>　　　　　Plaintiff-Intervenor,<br><br>　　　　　vs.<br><br>LUCENT TECHNOLOGIES, INC., and; DOES ONE through THIRTY, Inclusive,<br><br>　　　　　Defendants. | Case No. C 07-3747 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING EXPERT DISCLOSURE AND DISCOVERY CUTOFF** |

## STIPULATION

Defendant Lucent Technologies, Inc., plaintiff Department of Fair Employment and Housing and plaintiff-intervenor Steven Carauddo, collectively referred to herein as "parties" jointly stipulate as follows:



COURT PAPER
State of California
Std. 113 Rev. 3-95
FE&H Automated

-1-

Stipulation and Order RE Expert Disclosure and Discovery Cutoff, Case No. C 07-3747 PJH
*DFEH v. Lucent Technologies, Inc. (Carauddo)*

1. This Court's Amended Case Management and Pretrial Order dated October 31, 2007 set forth a pretrial schedule including the following dates:

>Disclosure of Experts (retained and non-retained): August 6, 2008; and,

>Expert and Non-Expert Discovery Cutoff: September 24, 2008.

2. While all parties have done their best to move forward with the discovery needed to prepare this case for trial, the scheduling of depositions has been difficult given the trial calendars of counsel and the need to travel out of state for various corporate depositions. The parties agree that it would be beneficial to have a brief extension of the above deadlines (14 additional days for expert disclosure and nine additional days for discovery cutoff) in order to effectively conduct the disclosure and discovery work that is needed for trial;

3. Therefore, the parties request that this court extend the dates for disclosure of experts, and the discovery cutoff, as follows:

| **Deadline** | **Proposed Extended Date** |
| --- | --- |
| Disclosure of Experts (retained and non-retained) | Wednesday, August 20, 2008 |
| Non-expert and Expert Discovery Cutoff | Friday, October 3, 2008 |

**SO STIPULATED:**

Dated: July 30, 2008

DEPARTMENT OF FAIR EMPLOYMENT
 AND HOUSING

TIMOTHY M. MUSCAT
Chief Counsel

SUSAN SAYLOR
Senior Staff Counsel

By:   /s/ Susan Saylor

---
Susan Saylor
Attorneys for plaintiff, DFEH

Dated: July 30, 2008                               BOXER & GERSON, LLP

By:   /s/ Jean K. Hyams
      _____
      Jean K. Hyams
      Counsel for Steven Carauddo

Dated: July 30, 2008                               EPSTEIN BECKER & GREEN, P.C.
                                                   STEVEN R. BLACKBURN
                                                   LESLIE J. MANN

By:   /s/ Leslie J. Mann
      _____
      Leslie J. Mann
      Attorney for defendant
      LUCENT TECHNOLOGIES INC.

## ORDER

The time for completion of disclosure of experts (retained and non-retained), and the discovery cutoff (both expert and non-expert), as ordered by the court in its Amended Case Management and Pretrial Order shall be extended; the new deadlines are:

Disclosure of Experts (retained and non-retained): August 20, 2008;

Expert and Non-Expert Discovery Cutoff: October 3, 2008.

Dated: 8/1/08



_____
Honorable Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

TIMOTHY M. MUSCAT (#148944)
  Chief Counsel
SUSAN SAYLOR
  Senior Staff Counsel
DEPARTMENT OF FAIR EMPLOYMENT
  AND HOUSING, Oakland Legal Unit
1515 Clay Street, Suite 701
Oakland, CA 94612-1460
Telephone: (510) 873-6457
Facsimile: (510) 873-0840
E-mail: Susan.Saylor@dfeh.ca.gov

Attorneys for Plaintiff, DFEH

BOXER GERSON, LLP
Jean K. Hyams, State Bar No. 144425
300 Frank H. Ogawa Plaza, #500
Oakland, CA 94612-2040
Telephone: (510) 835-8870
Facsimile: (510) 835-0415
Email: jhyams@boxerlaw.com

THE VINICK LAW FIRM
Sharon Vinick State Bar No. 129914
350 Sansome Street Suite 350
San Francisco, California 94114
Telephone: 415.722.4481
Facsimile: 415.276.6338

Attorneys for Real Party in Interest
STEVEN J. CARAUDDO

Steven R. Blackburn, State Bar No. 154797
Leslie J. Mann, State Bar No. 95467
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.398.3500
Facsimile: 415.398.0955
sblackburn@ebglaw.com
lmann@ebglaw.com
Attorneys for Defendant
LUCENT TECHNOLOGIES INC.



COURT PAPER
State of California
Std. 113 Rev. 3-95
FE&H Automated