1  Steven R. Blackburn, State Bar No. 154797
   Leslie J. Mann, State Bar No. 95467
2  EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
3  San Francisco, California 94111-5427
   Telephone: 415.398.3500
4  Facsimile: 415.398.0955
   sblackburn@ebglaw.com
5  lmann@ebglaw.com

6  Attorneys for Defendant
   LUCENT TECHNOLOGIES INC.
7

8

9               UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12  DEPARTMENT OF FAIR EMPLOYMENT
    AND HOUSING,
13                                          **CASE NO.  C 07-3747 PJH**
            Plaintiff,
14                                          **NOTICE OF UNAVAILABILITY**

        v.
15
    LUCENT TECHNOLOGIES INC.,
16
            Defendants.
17
    _____
    STEVEN J. CARAUDDO,
18
            Real Party in Interest.
19

20

21  **TO ALL PARTIES AND THEIR ATTORNEY (S) OF RECORD:**

22      **NOTICE IS HERBY GIVEN** that Leslie J. Mann, Counsel for LUCENT

23  TECHNOLOGIES INC., will be unavailable for any purpose whatsoever, including but not

24  limited to: receiving notices of any kind; responding to ex parte applications, motions, or

25  petitions of any sort, and, appearing in court or at a deposition from August 15 through 28, 2008.

26  ///

27  ///

28  ///

SF:182162v1                                    Leslie Mann Notice of Unavailability

1       Purposefully scheduling a conflict without good cause is sanctionable conduct.

2 (*Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal. App. 4th 299.)

3 DATED:  August 11, 2008               EPSTEIN BECKER & GREEN, P.C.

4

5                         By:  /s/ Leslie J. Mann

6                               Steven R. Blackburn
                              Leslie J. Mann

7                      Attorneys for Defendant
                     LUCENT TECHNOLOGIES INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -