1  Counsel at end of document

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11  DEPARTMENT OF FAIR EMPLOYMENT        ) Case No. C 07-3747 PJH
    AND HOUSING, an agency of the State of )
12  California,                            )
                                           )
13                  Plaintiff,             ) STIPULATION AND [PROPOSED]
                                           ) ORDER EXTENDING EXPERT
14  and,                                   ) DISCOVERY CUTOFF AS TO EXPERT
                                           ) MICHAEL ROBBINS
15  STEVEN J. CARAUDDO,                    )
                                           )
16          Plaintiff-Intervenor,          )
                                           )
17  vs.                                    )
                                           )
18  LUCENT TECHNOLOGIES, INC., and; DOES  )
    ONE through THIRTY, Inclusive,         )
19                                         )
                                           )
20          Defendants.                    )
                                           )
21

22                              **STIPULATION**

23      Defendant Lucent Technologies, Inc., plaintiff Department of Fair Employment and Housing

24  and plaintiff-intervenor Steven Carauddo, collectively referred to herein as "parties" jointly stipulate

25  as follows:

26

27



COURT PAPER
State of California
Std. 113 Rev. 3-95
FE&H Automated

1. This Court's most recent order set forth the Non-expert and Expert Discovery Cutoff as October 3, 2008.

2. While all other depositions will be completed by all parties on or before the current Cutoff, the deposition of human resources expert Michael Robbins cannot practicably be completed by that date given his need to review various fact witness depositions in order to update his Rule 26 report and be deposed. The parties agree that it would be beneficial to have a brief extension of the above deadline as to this witness only.

3. Therefore, the parties request that this court set the following deadlines for the supplemental report and deposition of Michael Robbins:

| **Deadline** | **Proposed Extended Date** |
| --- | --- |
| Supplemental Rule 26 Report of Michael Robbins | October 21, 2008 |
| Deposition of Michael Robbins | October 29, 2008 |

4. Defendant does not waive any objection to the content of any supplemental report by this Stipulation.

**SO STIPULATED:**

Dated: September ___, 2008          DEPARTMENT OF FAIR EMPLOYMENT
                                                                AND HOUSING

TIMOTHY M. MUSCAT
Chief Counsel

SUSAN SAYLOR
Senior Staff Counsel

By:     /s/ Susan Saylor
            _____
            Susan Saylor
            Attorneys for plaintiff, DFEH



-2-

Stipulation and [Proposed] Order Extending Expert Discovery Cutoff As To Expert Michael Robbins
Case No. C 07-3747 PJH
*DFEH v. Lucent Technologies, Inc. (Carauddo)*

|     |                                    |                                        |
| --- | ---------------------------------- | -------------------------------------- |
| 1   | Dated: September 23, 2008          | BOXER & GERSON, LLP                    |

By: /s/ Jean K. Hyams

_____
Jean K. Hyams
Counsel for Steven Carauddo

Dated: September 23, 2008

EPSTEIN BECKER & GREEN, P.C.
STEVEN R. BLACKBURN
LESLIE J. MANN

By: /s/ Leslie J. Mann

_____
Leslie J. Mann
Attorney for defendant
LUCENT TECHNOLOGIES INC.

## ORDER

The following deadlines are set for the supplemental report and deposition of Michael Robbins:

|                                               | **Deadline**      |
| --------------------------------------------- | ----------------- |
| Supplemental Rule 26 Report of Michael Robbins | October 21, 2008 |
| Deposition of Michael Robbins                 | October 29, 2008  |

Dated: 9/24/08

_____
Honorable Phyllis J. Hamilton
United States District

IT IS SO ORDERED
Judge Phyllis J. Hamilton



-3-

1  TIMOTHY M. MUSCAT (#148944)
   Chief Counsel
2  SUSAN SAYLOR (#154592)
   Senior Staff Counsel
3  DEPARTMENT OF FAIR EMPLOYMENT
   AND HOUSING, Oakland Legal Unit
4  1515 Clay Street, Suite 701
   Oakland, CA 94612-1460
5  Telephone: (510) 873-6457
   Facsimile: (510) 873-0840
6  E-mail: Susan.Saylor@dfeh.ca.gov

7  Attorneys for Plaintiff, DFEH

8  BOXER GERSON, LLP
   Jean K. Hyams, State Bar No. 144425
9  300 Frank H. Ogawa Plaza, #500
   Oakland, CA 94612-2040
10 Telephone: (510) 835-8870
   Facsimile: (510) 835-0415
11 Email: jhyams@boxerlaw.com

12 THE VINICK LAW FIRM
   Sharon Vinick State Bar No. 129914
13 350 Sansome Street Suite 350
   San Francisco, California 94114
14 Telephone: 415.722.4481
   Facsimile: 415.276.6338
15

16 Attorneys for Real Party in Interest
   STEVEN J. CARAUDDO

17 Steven R. Blackburn, State Bar No. 154797
   Leslie J. Mann, State Bar No. 95467
18 EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
19 San Francisco, California 94111-5427
   Telephone: 415.398.3500
20 Facsimile: 415.398.0955
   sblackburn@ebglaw.com
21 lmann@ebglaw.com
   Attorneys for Defendant
22 LUCENT TECHNOLOGIES INC.



COURT PAPER
State of California
Std. 113 Rev. 3-95
FE&H Automated

-4-

Stipulation and [Proposed] Order Extending Expert Discovery Cutoff As To Expert Michael Robbins
Case No. C 07-3747 PJH
*DFEH v. Lucent Technologies, Inc. (Carauddo)*