Steven R. Blackburn, State Bar No. 154797
Leslie J. Mann, State Bar No. 95467
Andrew J. Sommer, State Bar No. 192844
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone:    415.398.3500
Facsimile:    415.398.0955
SBlackburn@ebglaw.com
LMann@ebglaw.com
ASommer@ebglaw.com

Attorneys for Defendant
LUCENT TECHNOLOGIES INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, an agency of the State of California,<br><br>Plaintiff, and<br><br>STEVEN J. CARAUDDO<br><br>Plaintiff-Intervenor<br><br>v.<br><br>LUCENT TECHNOLOGIES, INC., and DOES 1 through 20,<br><br>Defendants. | CASE NO.: 3:07-cv-03747-PJH<br><br>**DECLARATION OF LESLIE J. MANN IN SUPPORT OF DEFENDANT LUCENT TECHNOLOGIES INC.'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date: November 19, 2008<br>Time:             9:00 a.m.<br>Courtroom:    C, 15th Floor<br>The Honorable Phyllis J. Hamilton |

I, Leslie J. Mann, declare:

1.  I am a Senior Attorney with the law firm of Epstein Becker and Green, P.C., counsel of record for Lucent Technologies Inc. ("Defendant") in this matter. I am an active member in good standing of the Bar of the State of California. I am making this Declaration in Support of Defendant's Reply Memorandum in Support of Its Motion for Summary Judgment or in the Alternative Partial Summary Judgment. All the deposition excerpts attached to my

- 1 -

SF:192614v2                                                                 Declaration of Leslie J. Mann in Support
of Defendant's Reply Memorandum
Case No. 3:07-cv-03747-PJH

1  declaration do not raise new issues but rather respond to factual inaccuracies in and evidentiary
2  objections to Plaintiff's Opposition.  If called as a witness in this action, I could and would
3  competently testify to the following facts, based on my own personal knowledge.

4        2.     Attached hereto as Exhibit 1 and incorporated herein by reference are true and
5  correct copies of excerpts from the Deposition of Theresa Andrechick taken on August 12, 2008.
6  The transcript appears to be a correct rendition of the occurrences at the deposition which Peter
7  Berk attended.

8        3.     Attached hereto as Exhibit 2 and incorporated herein by reference are true and
9  correct copies of excerpts from the Deposition of Christopher Lewis Camacho taken on July 31,
10 2008.  The transcript appears to be a correct rendition of the occurrences at the deposition which
11 I attended.

12       4.     Attached hereto as Exhibit 3 and incorporated herein by reference are true and
13 correct copies of excerpts from the Deposition of Micheline Carauddo taken on September 12,
14 2008.  The transcript appears to be a correct rendition of the occurrences at the deposition which
15 I attended.

16       5.     Attached hereto as Exhibit 4 and incorporated herein by reference are true and
17 correct copies of excerpts from the Deposition of Plaintiff-Intervenor Steven J. Carauddo,
18 Volume 1 taken on July 22, 2008.  The transcript appears to be a correct rendition of the
19 occurrences at the deposition which I attended.

20       6.     Attached hereto as Exhibit 5 and incorporated herein by reference are true and
21 correct copies of excerpts from the Deposition of Allen Kaisler-Meza, M.D. taken on September
22 12, 2008.  The transcript appears to be a correct rendition of the occurrences at the deposition
23 which I attended.

24       7.     Attached hereto as Exhibit "6" is a true and correct copy of My correspondence to
25 Plaintiff-Intervenor's Counsel Emily Nugent, dated October 1, 2008, in which I informed Ms.
26 Nugent that the seven installers referenced in the Occupational Requirements forms produced in
27 discovery do not work in California..
28

- 2 -

SF:192614v2

Declaration of Leslie J. Mann in Support
of Defendant's Reply Memorandum
Case No. 3:07-cv-03747-PJH

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct and that this declaration was executed on this 5th day of November,
3  2008, at San Francisco, California.

4
5                                                              /s/ Leslie J. Mann
                                                               Leslie J. Mann
6
7
8
...
28

- 3 -

SF:192614v2                                               Declaration of Leslie J. Mann in Support
                                                          of Defendant's Reply Memorandum
                                                          Case No. 3:07-cv-03747-PJH