Steven R. Blackburn, State Bar No. 154797
Leslie J. Mann, State Bar No. 95467
Andrew J. Sommer, State Bar No. 192844
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone:   415.398.3500
Facsimile:    415.398.0955
SBlackburn@ebglaw.com
LMann@ebglaw.com
ASommer@ebglaw.com

Attorneys for Defendant
LUCENT TECHNOLOGIES INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, an agency of the State of California,<br><br>Plaintiff, and<br><br>STEVEN J. CARAUDDO<br><br>Plaintiff-Intervenor<br><br>v.<br><br>LUCENT TECHNOLOGIES, INC., and DOES 1 through 20,<br><br>Defendants. | CASE NO.: 3:07-cv-03747-PJH<br><br>**DECLARATION OF LESLIE J. MANN IN SUPPORT OF DEFENDANT LUCENT TECHNOLOGIES INC.'S OBJECTION TO THE TRAVIS GATUS DECLARATION SUBMITTED BY PLAINTIFFS IN OPPOSITION TO ITS MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date: November 19, 2008<br>Time:            9:00 a.m.<br>Courtroom:    C, 15th Floor<br>The Honorable Phyllis J. Hamilton |

I, Leslie J. Mann, declare:

1. I am a Senior Attorney with the law firm of Epstein Becker and Green, P.C., counsel of record for Lucent Technologies Inc. ("Defendant") in this matter. I am an active member in good standing of the Bar of the State of California. I am making this declaration in support of Defendant's objections to Plaintiffs' evidence offered in opposition to its Motion for Summary Judgment or in the Alternative, Partial Summary Judgment. If called as a witness in

- 1 -

1 | this action, I could and would competently testify to the following facts, based on my own personal knowledge.

2. Attached as Exhibits 1-6 are true and correct copy of the initial and supplemental disclosures served by Plaintiff Department of Fair Employment and Housing and Plaintiff-Intervenor Steven Carauddo (collectively "Plaintiffs") in this action. After reviewing these initial and supplemental disclosures, as well as Plaintiffs' respective responses to Lucent's written discovery, I have determined that Plaintiffs never identified Travis Gatus as a potential witness in support of their claims. The discovery responses are not attached due to their length.

3. Plaintiffs' submission of Mr. Gatus' declaration in opposition to Lucent's Motion for Summary Judgment –after having failed to identify him as a witness in their disclosures or discovery responses –has severely prejudiced Lucent. Plaintiffs have deprived Lucent of the opportunity to examine this witness to assess the extent of his personal knowledge on matters in controversy in this case and to therefore determine the veracity and accuracy of the assertions made in his declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 18th day of November, 2008, at San Francisco, California.

/s/ Leslie J. Mann
Leslie J. Mann