UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEPARTMENT OF FAIR EMPLOYMENT
AND HOUSING,

    Plaintiff,

    v.

LUCENT TECHNOLOGIES, INC.,

    Defendant.
_____/

No. C 07-3747 PJH

**ORDER**

    On December 8, 2008, the court granted the motion of defendant Lucent Technologies, Inc. ("Lucent") for summary judgment. Judgment was entered on the same date. On December 19, 2008, Lucent filed its bill of costs. On December 24, 2008, and December 29, 2008, respectively, plaintiff California Department of Fair Employment and Housing and intervenor and real party in interest Steven J. Carauddo filed objections to the bill of costs. Both plaintiff and Mr. Carauddo have also filed notices of appeal.

    Lucent is hereby directed to file a response to the objections to the bill of costs. The response shall be filed no later than February 27, 2009.

**IT IS SO ORDERED.**

Dated: February 5, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge